IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUE MARIE ADLER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

17-cv-322-wmc

This cause coming before the court on defendant's Motion for Remand, and plaintiff's stipulation, it is hereby ordered that: This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the court's order, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner shall then reevaluate Plaintiff's subjective statements; reevaluate the medical opinions of record, providing reasons for the weight assigned to each opinion; reassess Plaintiff's maximum residual functional capacity in terms of functional limitations and restrictions that result from Plaintiff's medically determinable impairments; if

necessary, obtain new vocational expert testimony, addressing any objections raised; and issue a new decision.

Entered this 14th day of November, 2017.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge